FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA M. BALES and COLLIN L. BALES,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC.,<br><br>    Defendants. | No. 2:23-CV-00158-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 41. Plaintiffs are represented by Corrie J. Yackulic and Jessica A. Reynolds. Defendants are represented by Christopher J. Kaufman, Colin P. Murphy, Connor J. Sears, Harley V. Ratliff, and Hunter K. Ahern.

    The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 14th day of October 2025



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** * 2